*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
MONAHAN, STEPHENS, and DEERWESTER
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Emmanuel BELL**
First Lieutenant (O-2), U.S. Marine Corps
*Appellant*

**No. 202100137**

_____

Decided: 14 March 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Stephen Keane

Sentence adjudged 21 January 2021 by a general court-martial convened at Marine Corps Base Camp Pendleton, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for 36 months,[1] and a dismissal.

For Appellant:
*Major Mary C. Finnen, USMC*

---

[1] The convening authority suspended 2 months of confinement adjudged for the Specification of Charge II pursuant to Defense Counsel's request and the Military Judge's concurring recommendation.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.